Harry B. Chalmers, Respondent, v. Franklin Murphy and Another, Appellants, Impleaded with Others. - Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ.

Daniel W. Losee, Respondent, v. Forest City Land and Lumber Company and Another, Appellants, Impleaded with Others.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ.

Leon Conde, Appellant, v. Mary M. Conde, Respondent.— Order modified as stated in order, and as modified affirmed, without costs. No opinion. Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ.

Doris Schwarz, Appellant, v. Isaac J. Danziger, Respondent.— Order reversed, with ten dollars costs and disbursements, and motion granted. No opinion. Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ.

The People of the State of New York ex rel. New York Mail and Newspaper Transportation Company, Appellant, v. State Board of Tax Commissioners, Defendant. The City of New York, Intervenor, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ.

Wonderland Amusement Company, Appellant, v. Frederick F. Proctor, Jr., Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ.

Dorothea R. Turpin, as Administratrix, Respondent, v. David B. Fleming, Sr., Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ.

Moore & Evans, an Illinois Corporation, Respondent, v. John Van Praag, an Individual Doing Business under the Firm Name, etc., Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ.

Louis Cohen, Appellant, v. Rebecca Cohen, Respondent.— Order modified as stated in order, and as modified affirmed, without costs. No opinion. Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ.

The People of the State of New York ex rel. William J. Daly v. James A. Henderson, as Superintendent of Buildings, etc.— Motion to dismiss appeal granted, with ten dollars costs. Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ.

Margaret Theissig v. The City of New York.— Motion granted, with ten dollars costs. Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ.